IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER CATALFAMO, | CASE NO. CV F 08-1117 LJO TAG |
| Plaintiff, | **ORDER ON PLAINTIFF'S MOTION TO EXTEND TIME** (Doc. 12) |
| vs. | |
| COUNTRYWIDE HOME LOAN, AMERICA'S WHOLESALE LENDER, and ALL AFFILIATE AGENTS, | |
| Defendants. / | |

On September 19, 2008, Plaintiff Peter Catalfamo ("Mr. Catalfamo'), proceeding pro se, filed a motion for extension of time within which to file his amended complaint. This Court ordered Mr. Catalfamo to file and serve his amended complaint no later than September 19, 2008 in its order on defendants Countrywide Home Loan's and America's Wholesale Lender's ("defendants'") motion to dismiss (Doc. 10, filed on September 4, 2008). Mr. Catalfamo contends that he was unaware that defendants removed the action to this Court until he erroneously appeared at the State of California, County of Kern, Superior Court ("Superior Court") for the September 8, 2008 hearing on the motion to dismiss before this Court. The Court notes that the minute order this Court mailed to Mr. Catalfamo on August 29, 2008, indicating that the September 8, 2008 hearing was vacated, was returned as undeliverable. Mr. Catalfamo submits a document from the Superior Court, dated September 17, 2008, indicating that this action "is no longer in [that] Court's control. Matter transferred to federal court."

1  Thus, Mr. Catalfamo became aware that this action was removed to this Court on that date.

2      Although a request for a court-approved extensions of time brought on the required filing date
3  for the pleading is "looked upon with disfavor," L.R. 6-144(d), good cause exists to GRANT Mr.
4  Catalfamo's motion.  **Mr. Catalfamo shall file his amended complaint no later than October 6,**
5  **2008.**

6      IT IS SO ORDERED.

7  **Dated:   September 22, 2008**          /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE