**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER CATALFAMO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTRYWIDE HOME LOAN,<br>AMERICA'S WHOLESALE LENDER,<br>and ALL AFFILIATE AGENTS,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. CV F 08-1117 LJO TAG<br><br>**SECOND ORDER ON PLAINTIFF'S MOTION TO EXTEND TIME** |

　　　On September 22, 2008, this Court granted pro so Plaintiff Peter Catalfamo's ("Mr. Catalfamo's") motion for extension of time within which to file his amended complaint. This Court ordered Mr. Catalfamo to file and serve his amended complaint no later than October 6, 2008. Mr. Catalfamo failed to file his amended complaint no later than October 6, 2008. However, it appears as though Mr. Catalfamo was not served properly with this Court's September 22, 2008 order and may not have received notice of the filing deadline. Accordingly, **this Court ORDERS Mr. Catalfamo to file his amended complaint no later than October 24, 2008.** IT IS SO ORDERED.

Dated:　　October 8, 2008　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE