# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER CATALFAMO,<br><br>         Plaintiff,<br><br>    vs.<br><br>COUNTRYWIDE HOME LOAN,<br>AMERICA'S WHOLESALE LENDER,<br>and ALL AFFILIATE AGENTS,<br><br>         Defendants.<br>_____/ | CASE NO. CV F 08-1117 LJO TAG<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

On September 4, 2008, this Court ordered Plaintiff Peter Catalfamo ("Mr. Catalfamo"), appearing *in propria persona*, to file and serve an amended complaint no later than September 19, 2008. On September 19, 2008, Mr. Catalfamo sought an extension of time in which to file his first amended complaint. This Court granted Mr. Catalfamo's motion for extension of time and ordered Mr. Catalfamo to file and serve his amended complaint no later than October 6, 2008. Mr. Catalfamo failed to file his amended complaint no later than October 6, 2008. However, because it appeared that Mr. Catalfamo was not served properly with this Court's September 22, 2008 order, this Court sua sponte granted a second extension of time to allow Mr. Catalfamo to file his amended complaint no later than October 24, 2008. Mr. Catalfamo failed to file his amended complaint no or before October 24, 2008.

In addition, Mr. Catalfamo has failed to advise this Court of his current address, in violation of

Local Rule 83-183(b), which reads:

> A party, appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty (60) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

This Court's attempted service of its August 29, 2008 minute order (Doc. 9) failed twice. On September 8, 2008 and September 29, 2008, this Court received as returned mail the minute order with the following message: "Not deliverable as addressed unable to forward." Mr. Catalfamo declared in his motion for extension of time that his address is that which is reflected on this Court's docket (Doc. 12). However, two missives have returned as undeliverable after Mr. Catalfamo filed his declaration (Docs. 14, and docket entry dated October 20, 2008), each bearing the following message: "Undeliverable, Not Deliverable as Addressed, Unable to Forward." The Court notes that the phone number listed on the docket for Mr. Catalfamo is disconnected.

Accordingly, **this Court ORDERS Mr. Catalfamo, no later than November 10, 2008**, to file papers to show good cause why this Court should not dismiss this action due to violating this Court's orders and local rule. This Court will discharge this order to show cause if, prior to November 10, 2008, Mr. Catalfamo: (1) serves defendant with an amended complaint; or (2) dismisses this action.

**This Court will dismiss this action if Mr. Catalfamo fails to: (1) file his amended complaint; or (2) comply with this order.**

IT IS SO ORDERED.

**Dated:   October 27, 2008**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE