IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER CATALFAMO,<br><br>          Plaintiff,<br><br>     vs.<br><br>COUNTRYWIDE HOME LOAN,<br>AMERICA'S WHOLESALE LENDER,<br>and ALL AFFILIATE AGENTS,<br><br>          Defendants.<br>_____ / | CASE NO. CV F 08-1117 LJO TAG<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

On October 28, 2008, this Court ordered Plaintiff Peter Catalfamo ("Mr. Catalfamo") to show cause in writing why this case should not be dismissed for failure to prosecute and for violating two court orders. This Court advised Mr. Catalfamo that it would discharge the order to show cause if, prior to November 10, 2008, he either served defendant with an amended complaint; or dismissed this action. The Court further advised Mr. Catalfamo that: "**This Court will dismiss this action if Mr. Catalfamo fails to: (1) file his amended complaint; or (2) comply with this order.**" Order to Show Cause, 2 (emphasis in original). By November 10, 2008, Mr. Catalfamo failed to file his amended complaint and did not comply with this Order. Accordingly this Court:

   1.   DISMISSES this action without prejudice; and

   2.   DIRECTS the clerk of court to close this action.

IT IS SO ORDERED.

**Dated:   November 12, 2008**              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE